**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Torrie, | No. CV-13-02659-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Goodman Law Offices PC, et al., | |
| Defendants. | |

The parties have jointly requested that this case be referred to a Magistrate Judge for purposes of conducting a settlement conference. Doc. 34.

**IT IS ORDERED** that this case is referred to Magistrate Judge Michelle H. Burns for purposes of conducting a settlement conference. Counsel for the parties shall jointly call Judge Burns' chambers on or before **December 19, 2014** for the purpose of setting the settlement conference.

Dated this 12th day of December, 2014.

_____
David G. Campbell
United States District Judge